# KIMS CONSULTATION & ADVISOR LLC

618 MILLER AVENUE BROOKLYN NY 11207

929) 210-8018 929) 210-8019

K2KCONSULTATION@GMAIL.COM

## PAYMENT PLAN

50/50 OPTION: CLIENT AGREE TO PAY 50% UP FRONT COST

60/40 OPTION: CLIENT AGREE TO PAY 60% UP FRONT COST

70/30 OPTION: CLIENT AGREE TO PAY 70% UP FRONT COST

I _Fareed Hecer_ AGREE TO ENTER INTO A PAYMENT PLAN WITH KIMS CONSULTATION & ADVISOR LLC. I ACCEPT THIS (PAY SERVICE PLAN) AND WILL MAKE PAYMENTS WHEN DEMAND FOR PAYMENT IS MADE(3)MONTHS FROM THE DATE OF THIS AGREEMENT. IN RETURN, KIMS CONSULTATION, LLC AGREE TO WORK MY BEHALF TO ACHIEVE MY GOALS. IN THE EVENT I AM DENIED SERVICES I WILL IN NO WAY HOLD KIMS CONSULTATION, LLC LIABLE NOR CAN I EXPECT A REFUND OF PAYMENT FOR SERVICES RENDERED.

*If* Price Kims Consultation, LLC WILL REFUND 30% OF ANY FEES PAID IF WE FAIL TO EMPLOY DUE TO DELIGENCY IN SERVICING OUR CLIENT.

CONSULTATION FEE: $350.00

DOWN PAYMENTS: __10,000__ 10 K

COST OF SERVICES: __20,000__ −3000

BALANCE: __10,000__ +7000

APPLICANT: _Fareed Hecer_

CONSULTANT: _KB_

DATE: 2-10-17

10 000 # Steves 3
5000 n K
5000 × 2,000
+1225 Impulse fee
−10'775
Balance $9,025
Balance = $475 12-17
Money Order
#1225
08/17
12-14-6000