# Application to Register Permanent Residence or Adjust Status

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-485
OMB No. 1615-0023
Expires 06/30/2019

## For USCIS Use Only

| | |
|---|---|
| Preference Category: | |
| Country Chargeable: | |
| Priority Date: | |
| Date Form I-693 Received: | |

Barcode: 09/06/2017 ERC-17-243-50047 ERCTLC01

**Action Block:** DENIED DHS U.S. CITIZENSHIP AND IMMIGRATION SERVICES APR 20 2021 USCIS 35 10009

- ☐ Applicant Interviewed
- ☐ Interview Waived

Date of Initial Interview: _____

Lawful Permanent Resident as of: _____

**Section of Law**
- ☐ INA 209(a)
- ☐ INA 209(b)
- ☐ INA 245(a)
- ☐ INA 245(i)
- ☐ INA 245(m)
- ☐ INA 249
- ☐ Sec. 13, Act of 9/11/57
- ☐ Cuban Adjustment Act
- ☐ Other _____

### To be completed by an attorney or accredited representative (if any).

☐ Select this box if Form G-28 is attached.

| Volag Number (if any) | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|
| | | |

► START HERE - Type or print in black ink. Verified in CIS 1158 Date 9/05/17 Number ► A-▮▮▮▮▮

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

VSC
RECEIVED AUG 30 2017

## Part 1. Information About You (Person applying for lawful permanent residence)

**Your Current Legal Name** (do not provide a nickname)

| | | |
|---|---|---|
| 1.a. | Family Name (Last Name) | HEERA |
| 1.b. | Given Name (First Name) | FAREED |
| 1.c. | Middle Name | |

**Other Names You Have Used Since Birth** (if applicable)

NOTE: Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

| | | |
|---|---|---|
| 2.a. | Family Name (Last Name) | N/A |
| 2.b. | Given Name (First Name) | N/A |
| 2.c. | Middle Name | N/A |
| 3.a. | Family Name (Last Name) | N/A |
| 3.b. | Given Name (First Name) | N/A |
| 3.c. | Middle Name | N/A |
| 4.a. | Family Name (Last Name) | N/A |
| 4.b. | Given Name (First Name) | N/A |
| 4.c. | Middle Name | N/A |

**Other Information About You**

5. Date of Birth (mm/dd/yyyy) ▮▮▮▮▮

NOTE: In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

6. Sex ☑ Male ☐ Female

7. City or Town of Birth
   TRINIDAD & TOBAGO