UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| FAREED HEERA,<br><br>                              Plaintiff,<br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; MERRICK GARLAND, Attorney General of the United States; ANTONY BLINKEN, Secretary of State of the United States; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, ANDREA QUARANTILLO, New York District, U.S. Citizenship and Immigration Services,<br><br>                              Defendants. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil Action No.<br>23-cv-7543<br><br>(Irizarry, J.) |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Jackson Heights, New York
        February 13, 2024

                                      LAW OFFICES OF N.M. GEHI, P.C.
                                      *Counsel for Plaintiff*
                                      74-09 37th Avenue
                                      Suite 205
                                      Jackson Heights, New York 11372

                           By:    */s/ Naresh M. Gehi*
                                      Naresh M. Gehi, Esq.
                                      (718) 263-5999
                                      court@gehilaw.com

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 13, 2024 | BREON PEACE<br>United States Attorney<br>*Counsel for Defendants*<br>Eastern District of New York<br>271-A Cadman Plaza East<br>Brooklyn, New York 11201 |
| By: | /s/ *Alexandra Megaris*<br>Alexandra Megaris<br>Assistant U.S. Attorney<br>(718) 254-6105<br>alexandra.megaris@usdoj.gov |